UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHN W. HILLMAN, | ) | Case No. 05-60605-JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Trustee's Final Report**

To:  The Honorable John D. Schwartz
     United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 15, 2005. Joseph A. Baldi, Trustee was appointed Trustee on the October 15, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of October 14, 2007 is as follows:

| | | |
|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | $9,130.31 |
| b. | DISBURSEMENTS (See Exhibit C) | $7.59 |
| c. | NET CASH available for distribution | $9,122.72 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested | $1,569.10 |
| | 2. Trustee Expenses (See Exhibit E) | $8.00 |
| | 3. Compensation requested by attorney or other professionals for trustee | $0.00 |

5. The Bar Date for filing unsecured claims expired on June 2, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,577.10 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $6,051.68 |
| f. | Surplus funds to Debtor | $939.32 |

7. Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus 4.14% interest.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows: NONE.

9. A fee of $780.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: October 30, 2007      /s/
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A.  Trustee took control of the cash in the Debtor's bank account and recovered gross proceeds of $9,000.00 for the benefit of the Estate; Trustee investigated the value to the Estate of the Debtor's car; Trustee determined that there was no equity in the vehicle for the benefit of the Estate;

B.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D.  Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E.  Trustee examined proofs of claim filed against the Estate; and

F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Trustee's Final Report**

John W. Hillman
Case No. 05-60605

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No:       05-60605    JDS    Judge: John D. Schwartz
Case Name:     HILLMAN, JOHN W

For Period Ending: 12/31/05

Trustee Name:                    Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 10/15/05 (f)
341(a) Meeting Date:             01/27/06
Claims Bar Date:                 06/02/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 11,000.00 | 9,000.00 | | 0.00 | FA |
| LaSalle Bank account - amended schedule | | | | | |
| 4. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 5. Furs & Jewelry | 50.00 | 50.00 | | 0.00 | FA |
| 6. Interests-IRA, ERISA, KEOGH, & etc | 3,574.00 | 0.00 | | 0.00 | FA |
| 7. Automobiles and Other Vehicles | 1,200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $16,024.00        $9,250.00        $0.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Recovered $9,000 from Debtor's bank accounts; Will proceed to file final report, distribute and close case.

Initial Projected Date of Final Report (TFR): 12/31/07        Current Projected Date of Final Report (TFR): 12/31/07

LFORM1

Ver: 12.60b

Trustee's Final Report

John W. Hillman
Case No. 05-60605

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

Page 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-60605 -JDS | | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name: | HILLMAN, JOHN W | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0423  Interest earning MMA Account |
| Taxpayer ID No: | ******7947 | | | |
| For Period Ending: | 10/30/07 | | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| C 03/16/06 | | LASALLE BANK ABN AMRO | Proceeds of Bank Account | 5,000.00 | | | | | 5,000.00 |
| 03/16/06 | 3 | Asset Sales Memo. | Checking, Savings Accounts $5,000.00 | | | | | | 5,000.00 |
| C 03/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | | 1.36 | | | | 5,001.36 |
| C 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 4.11 | | | | 5,005.47 |
| C 05/01/06 | | LASALLE BANK ABN AMRO | Payment 2 of Bank Acct Proceeds | 2,000.00 | | | | | 7,005.47 |
| 05/01/06 | 3 | Asset Sales Memo | Checking, Savings Accounts $2,000.00 | | | | | | 7,005.47 |
| C 05/30/06 | | LASALLE BANK ABN AMRO | Final Payment on Bank Acct Proceeds | 2,000.00 | | | | | 9,005.47 |
| 05/30/06 | 3 | Asset Sales Memo | Checking, Savings Accounts $2,000.00 | | | | | | 9,005.47 |
| C 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 5.79 | | | | 9,011.26 |
| C 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.18 | | | | 9,018.44 |
| C 07/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | | 7.66 | | | | 9,026.10 |
| C 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.67 | | | | 9,033.77 |
| C 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.42 | | | | 9,041.19 |
| C 10/31/06 | 2 | Bank of America, N A | Interest Rate 1.000 | | 7.69 | | | | 9,048.88 |
| C 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.44 | | | | 9,056.32 |
| C 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.69 | | | | 9,064.01 |
| C 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.70 | | | | 9,071.71 |
| Ct 02/20/07 | | Transfer to Acct #*******0821 | Bank Funds Transfer | | | | | -7.59 | 9,064.12 |
| C 02/28/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 6.96 | | | | 9,071.08 |
| C 03/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.70 | | | | 9,078.78 |
| C 04/30/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.47 | | | | 9,086.25 |
| C 05/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.72 | | | | 9,093.97 |
| C 06/29/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.47 | | | | 9,101.44 |
| C 07/31/07 | 2 | Bank of America, N.A | Interest Rate 1.000 | | 7.74 | | | | 9,109.18 |
| C 08/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | | 7.74 | | | | 9,116.92 |
| C 09/28/07 | 2 | Bank of America, N.A. | Interest Rate 0.750 | | 5.80 | | | | 9,122.72 |

LFORM2XT

Ver: 12.60b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

| Case No | 05-60605 -JDS | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name: | HILLMAN, JOHN W | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | ******0423 Interest earning MMA Account |
| Taxpayer ID No: | ******7947 | | |
| For Period Ending: | 10/30/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account ******0423 | Balance Forward | 0.00 | | |
| | 3 Deposits | 9,000.00 | 0 Checks | 0.00 |
| | 19 Interest Postings | 130.31 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 7.59 |
| | Subtotal | $ 9,130.31 | | |
| | | | Total | $ 7.59 |
| | 0 Adjustments In | 0.00 | | |
| | 0 Transfers In | 0.00 | | |
| | Total | $ 9,130.31 | | |

LFORM2XT

Ver 12.60E

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No | 05-60605 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HILLMAN, JOHN W | Bank Name: | Bank of America, N.A |
| | | Account Number / CD #: | ******0821 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7947 | | |
| For Period Ending: | 10/30/07 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| Ct 02/20/07 | | Transfer from Acct #******0423 | Bank Funds Transfer | | | | | 7.59 | 7.59 |
| C 02/20/07 | 001001 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | | | 7.59 | | | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

```
Account  ******0821        Balance Forward            0.00
                         0 Deposits                   0.00        1 Checks            7.59
                         0 Interest Postings          0.00        0 Adjustments Out   0.00
                                                                  0 Transfers Out     0.00
                           Subtotal            $      0.00
                                                                    Total         $   7.59
                         0 Adjustments In            0.00
                         1 Transfers In              7.59

                           Total              $      7.59
```

```
Report Totals              Balance Forward            0.00
                         3 Deposits                9,000.00        1 Checks            7.59
                        19 Interest Postings        130.31        0 Adjustments Out   0.00
                                                                  1 Transfers Out     7.59
                           Subtotal            $   9,130.31
                                                                    Total         $  15.18
                         0 Adjustments In            0.00
                         1 Transfers In              7.59

                           Total              $   9,137.90        Net Total Balance  $  9,122.72
```

LFORM2XT

Ver: 12.60b

**Trustee's Final Report**

John W. Hillman
Case No. 05-60605

**Proposed Distribution Report**

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JOHN W. HILLMAN, ) | Case No. 05-60605-JDS | |
| ) | | |
| Debtor. ) | Hon. John D. Schwartz | |

## PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $1,577.10 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,051.68 |
| Interest (726(a)(5)): | $554.62 |
| Surplus to Debtor (726(a)(6)): | $939.32 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,122.72 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D                                             PAGE 2 of 5

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,577.10 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Fees* | $1,569.10 | $1,569.10 |
| | Joseph A. Baldi, Trustee *Trustee Expenses* | $8.00 | $8.00 |
| | **CLASS TOTALS** | **$1,577.10** | **$1,577.10** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

EXHIBIT D

**REPORT OF DISTRIBUTION - CONT'D**                                                       **PAGE 3 of 5**

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 6,051.68 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Citibank USA NA  *Payments to Unsecured Credit Card Holders* | $147.07 | $147.07 |
| 000002 | Chase Manhattan  *Payments to Unsecured Credit Card Holders* | $5,904.61 | $5,904.61 |
| | **CLASS TOTALS** | **$6,051.68** | **$6,051.68** |

**EXHIBIT D**

REPORT OF DISTRIBUTION - CONT'D     PAGE 4 of 5

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $554.62[1] | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Chase Manhattan<br>*Interest* | $5,904.61 | $541.14 |
| 000001 | Citibank USA NA<br>*Interest* | $147.07 | $13.48 |
| | **CLASS TOTALS** | **$554.62** | **$554.62** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 939.32 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Hillman, John W<br>*Surplus Funds Paid to Debtor  726* | $939.32 | $939.32 |
| | **CLASS TOTALS** | **$939.32** | **$939.32** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

---

[1] Based upon 4.14% interest rate calculated from Petition Date through estimated distribution date of December 31, 2007.

EXHIBIT D

**REPORT OF DISTRIBUTION - CONT'D**　　　　　　　　　　　　　　　　**PAGE 5 of 5**

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 15, 2007　　　　　　　　　　/s/　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　Joseph A. Baldi, Trustee

EXHIBIT D

Form ntcftfc7

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division
### 219 S Dearborn
### 7th Floor
### Chicago, IL 60604

In Re:

John W Hillman
7211 S. Oglesby
Chicago, Il 60649

SSN: xxx-xx-2301  EIN: N.A.

Case No. : 05-60605

Chapter : 7

Judge : John D. Schwartz

Debtor's Attorney:

Michael A. Yashar
Cardenas & Yashar PC
829 North Milwaukee Avenue
Chicago, IL 60622

312 563-1208

Trustee:

Joseph A Baldi, Tr
Joseph Baldi & Associates
19 S Lasalle Street Suite 1500
Chicago, IL 60603

312-726-8150

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *October 15, 2005*.

1. *June 2, 2006* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *June 2, 2006* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: March 3, 2006

Kenneth S. Gardner , Clerk
United States Bankruptcy Court