UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| JOHN W. HILLMAN, ) | Case No. 05-60605-JDS | |
| ) | | |
| Debtor. ) | Hon. John D. Schwartz | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

   On: **January 9, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $9,130.31 |
   | Disbursements | $7.59 |
   | Net Cash Available for Distribution | $9,122.72 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Joseph A. Baldi, Trustee | $0.00 | $1,569.10 | $8.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $6,991.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%, plus 4.14% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Citibank USA, NA | $147.07 | $160.55 |
| 000002 | Chase Manhattan | $5,904.61 | $6,445.75 |
| Surplus | John W. Hillman | $939.32 | $939.32 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **December 10, 2007**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee: Joseph A. Baldi
Address: Suite 1500
19 South Lasalle Street
Chicago, IL 60603
Phone No.: (312) 726-8150

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1           Date Rcvd: Dec 10, 2007
Case: 05-60605                Form ID: pdf002          Total Served: 16

The following entities were served by first class mail on Dec 12, 2007.
db           +John W Hillman,   7211 S. Oglesby,   Chicago, Il 60649-2517
aty          +Michael A. Yashar,   Cardenas & Yashar PC,   829 North Milwaukee Avenue,   Chicago, IL 60622-4104
tr           +Joseph A Baldi,, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10361224     +Arrow FINCL,   8589 Aero Drive Suite 600,   San Diego, CA 92123-1722
10361225     +CBUSASEARS,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
10361223     +Cardenas & Yashar PC,   829 N Milwaukee Avenue,   Chicago, IL 60622-4104
10361226     +Certified Services,   1733 Washington St. Sutie 2,   Waukegan, IL 60085-5179
10761829     +Chase Manhattan,   C/O Performance Capital Management LLC,   222 South Harbor Blvd Suite 400,
               Anaheim, CA 92805-3743
10361227     +Chase NA,   4915 Independence Parkway,   Tampa, FL 33634-7518
10361228     +Citi,    P O Box 6500 C/O Citi Corp,   Sioux Falls, SD 57117-6500
10747647     +Citibank USA NA,   POB 182149,   Columbus, OH 43218-2149
10361229     +First Premier Bank,   601 S. Minnesota Ave,   Sioux Falls, SD 57104-4868
10361222     +Hillman John W,   7211 S Oglesby Ave,   Chicago, IL 60649-2517
10361230     +M Gerald ASC,   332 S. Michigan Ave Ste 514,   Chicago, IL 60604-4318
10361231     +NCO Financial Systems Inc,   507 Prudential Road,   Horsham, PA 19044-2368
10361232      Performance Cap,   2811 Main St.,   Irvine, CA  92614

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 12, 2007**                    **Signature:** *Joseph Speetjens*