UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| John W. Hillman, | ) | Hon. John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No.  05-60605 |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:  The Honorable John D. Schwartz
United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:  July 14, 2008

_____/s/_____
Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| JOHN W. HILLMAN. | ) | Case No. 05-60605-JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Trustee's Compensation and Expense Reimbursement

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation and Expense Reimbursement, notice having been given. and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi. Trustee is allowed compensation and expense reimbursement as follows;

| | |
|---|---|
| Compensation | $1,569.10 |
| Expenses | $8.00 |
| **TOTAL** | $1.577.10 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

JAN - 9 2008

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| John W. Hillman, | ) | Case No. 05-60605 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,577.10 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,051.68 |
| Interest [726(a)(5)]: | $561.49 |
| Surplus to Debtor [726(a)(6)]: | $948.64 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,138.91 |

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,577.10 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $1,569.10 | $1,569.10 |
| | Joseph A. Baldi, Trustee *Trustee Expenses* | $8.00 | $8.00 |
| | **CLASS TOTALS** | $1,577.10 | $1,577.10 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid *pro rata* after costs of administration and priority claims are paid in full | $ 6,051.68 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Citibank USA<br>Payments to Unsecured Credit Card Holders | $147.07 | $147.07 |
| 000002 | Chase Manhattan<br>Payments to Unsecured Credit Card Holders | $5,904.61 | $5,904.61 |
| | **CLASS TOTALS** | **$6,051.68** | **$6,051.68** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 6,051.68 | 9.28 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | Chase Manhattan<br>Payments to Unsecured Credit Card Holders | $5,904.61 | $547.84 |
| 000001 | Citibank USA, NA<br>Payments to Unsecured Credit Card Holders | $147.07 | $13.65 |
| | **CLASS TOTALS** | **$6,051.68** | **$561.49** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus<br>to Debtor | $ 948.64 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Hillman, John W<br>Surplus Funds Paid to Debtor | $948.64 | $948.64 |
| | **CLASS TOTALS** | **$948.64** | **$948.64** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

NONE.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 10, 2008

_____ /s/ Joseph A. Baldi, trustee _____

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-60605 -JDS |
| Case Name: | HILLMAN, JOHN W |

| Taxpayer ID No: | *******7947 |
| For Period Ending: | 07/15/08 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0423  Interest earning MMA Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| C | 03/16/06 | 3 | LASALLE BANK ABN AMRO | Proceeds of Bank Account | 1129-000 | 5,000.00 | | 5,000.00 |
| C | 03/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.36 | | 5,001.36 |
| C | 04/28/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.11 | | 5,005.47 |
| C | 05/01/06 | 3 | LASALLE BANK ABN AMRO | Payment 2 of Bank Acct Proceeds | 1129-000 | 2,000.00 | | 7,005.47 |
| C | 05/30/06 | 3 | LASALLE BANK ABN AMRO | Final Payment on Bank Acct Proceeds | 1129-000 | 2,000.00 | | 9,005.47 |
| C | 05/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 5.79 | | 9,011.26 |
| C | 06/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.18 | | 9,018.44 |
| C | 07/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.66 | | 9,026.10 |
| C | 08/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.67 | | 9,033.77 |
| C | 09/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.42 | | 9,041.19 |
| C | 10/31/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.69 | | 9,048.88 |
| C | 11/30/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.44 | | 9,056.32 |
| C | 12/29/06 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.69 | | 9,064.01 |
| C | 01/31/07 | 2 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 7.70 | | 9,071.71 |

LFORM2T4

Ver: 14.03

**Form 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 05-60605 -JDS | |
| Case Name: | HILLMAN, JOHN W | |
| | | |
| Taxpayer ID No. | *******7947 | |
| For Period Ending: | 07/15/08 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A |
| Account Number / CD #: | *******0423  Interest earning MMA Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t | 02/20/07 | | Transfer to Acct #*******0821 | Bank Funds Transfer | 9999-000 | | 7.59 | 9,064.12 |
| C | 02/28/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 6.96 | | 9,071.08 |
| C | 03/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.70 | | 9,078.78 |
| C | 04/30/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.47 | | 9,086.25 |
| C | 05/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.72 | | 9,093.97 |
| C | 06/29/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.47 | | 9,101.44 |
| C | 07/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.74 | | 9,109.18 |
| C | 08/31/07 | 2 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 7.74 | | 9,116.92 |
| C | 09/28/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 5.80 | | 9,122.72 |
| C | 10/31/07 | 2 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 5.82 | | 9,128.54 |
| C | 11/30/07 | 2 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 4.88 | | 9,133.42 |
| C | 12/31/07 | 2 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 4.37 | | 9,137.79 |
| C | 01/10/08 | 2 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.12 | | 9,138.91 |
| C t | 01/10/08 | | Transfer to Acct #*******0821 | Final Posting Transfer | 9999-000 | | 9,138.91 | 0.00 |

LFORM2T4

Ver: 14.03

Form 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-60605 -JDS | | Trustee Name | Joseph A. Baldi, Trustee |
| Case Name | HILLMAN, JOHN W | | Bank Name | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0423  Interest earning MMA Account |
| Taxpayer ID No: | *******7947 | | | |
| For Period Ending: | 07/15/08 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account | *******0423 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | Checks | 0.00 |
| 3 | Deposits | 9,000.00 | 0 | Adjustments Out | 0.00 |
| 23 | Interest Postings | 146.50 | 2 | Transfers Out | 9,146.50 |
| | Subtotal | $  9,146.50 | | Total | $  9,146.50 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  9,146.50 | | | |

LFORM2T4

Ver. 14.03

Form 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No | 05-60605 -JDS | |
| Case Name: | HILLMAN, JOHN W | |
| Taxpayer ID No: | *******7947 | |
| For Period Ending: | 07/15/08 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Bank of America, N A | |
| Account Number / CD # | *******0821 Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  02/20/07 | | Transfer from Acct #*******0423 | Bank Funds Transfer | 9999-000 | 7.59 | | 7.59 |
| C  02/20/07 | 001001 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans  LA  70130 | | 2300-000 | | 7.59 | 0.00 |
| C  01/10/08 | | Transfer from Acct #*******0423 | Transfer In From MMA Account | 9999-000 | 9,138.91 | | 9,138.91 |
| C  01/15/08 | 001002 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | | 2100-000 | | 1,569.10 | 7,569.81 |
| C  01/15/08 | 001003 | JOSEPH A. BALDI , as Trustee Joseph A. Baldi & Associates 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | | 2200-000 | | 8.00 | 7,561.81 |
| C  01/15/08 | 001004 | Citibank USA NA POB 182149 Columbus, OH 43218 | Claim 000001, Payment 109.28% | | | 160.72 | 7,401.09 |
| | | | Claim         147.07 | 7100-900 | | | 7,401.09 |
| | | | Interest      13.65 | 7990-000 | | | 7,401.09 |
| C  01/15/08 | 001005 | Chase Manhattan C/O Performance Capital Management LLC 222 South Harbor Blvd Suite 400 | Claim 000002, Payment 109.28% | | | 6,452.45 | 948.64 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-60605 -JDS |
| Case Name: | HILLMAN, JOHN W |
| Taxpayer ID No: | *******7947 |
| For Period Ending: | 07/15/08 |

| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name | Bank of America, N.A. |
| Account Number / CD # | *******0821  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit) | $ 5,000,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Anaheim, CA 92805 | | | | | |
| | | | Claim         5,904.61 | 7100-900 | | | 948.64 |
| | | | Interest        547.84 | 7990-000 | | | 948.64 |
| * C  01/15/08 | 001006 | HILLMAN, JOHN W 7211 S. OGLESBY CHICAGO, IL  60649-2517 | Surplus Funds | 8200-004 | | 948.64 | 0.00 |
| * C  04/30/08 | 001006 | HILLMAN, JOHN W 7211 S. OGLESBY CHICAGO, IL  60649-2517 | Stop Payment Reversal | 8200-004 | | -948.64 | 948.64 |
| C  05/09/08 | 001007 | Kenneth S. Gardner Clerk of the U.S. Bankruptcy Court 219 S. Dearborn, 7th Floor Chicago, Illinois  60604 | Unclaimed Funds from Case No. 05-60605 | 8200-002 | | 948.64 | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account   *******0821 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 8 | Checks | 9,146.50 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $       0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $    9,146.50 |
| | 2 | Transfers In | 9,146.50 | | | |
| | | Total | $    9,146.50 | | | |

Form 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-60605 -JDS |
|---|---|
| Case Name: | HILLMAN, JOHN W |
| Taxpayer ID No: | *******7947 |
| For Period Ending: | 07/15/08 |

| Trustee Name: | Joseph A Baldi, Trustee |
|---|---|
| Bank Name: | Bank of America, N A |
| Account Number / CD #: | *******0821  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans  Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Report Totals | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | | 0.00 | | | |
| | 3 | Deposits | | 9,000.00 | 12 | Checks | 9,146.50 |
| | 23 | Interest Postings | | 146.50 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 9,146.50 |
| | | Subtotal | $ | 9,146.50 | | | |
| | | | | | | Total | $    18,293.00 |
| | 0 | Adjustments In | | 0.00 | | | |
| | 2 | Transfers In | | 9,146.50 | | | |
| | | Total | $ | 18,293.00 | | Net Total Balance | $       0.00 |

LFORM2T4

Ver: 14.03